IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00196-RM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. MARY GRACE GOSSETT,

 Defendant.

---

**INFORMATION**
**29 U.S.C. § 501(c)**
**[Embezzlement of Funds from Labor Organization]**

---

The grand jury charges:

### INTRODUCTORY ALLEGATIONS

At all times pertinent to this Information:

1. The Bakery, Confectionery, Tobacco Workers and Grain Millers International Union, Local Union 26 ("Local 26") was a labor organization within the meaning of 29 U.S.C. § 402(i)-(j) because it negotiated on behalf of its members who were employed by food manufacturers and retail stores that were engaged in interstate commerce. Local 26 was located in Denver, Colorado.

2. The defendant, Mary Gossett, worked at Local 26 as an office assistant, and performed the duties of the union's financial secretary-treasurer. In this capacity, Gossett managed and processed the payroll for officers and herself, posted all receipts, prepared checks on the union's behalf for payment of its expenses, and other similar

1

duties excluding the signing of union checks. Ms. Gossett's authorized rate of hourly compensation and the number of hours she was authorized to work were negotiated with the Local 26 president, Gossett, and Gossett's union representative, and then stated in her employment contract with Local 26. Ms. Gossett's contract was negotiated every three years, and if an hourly pay increase or increases in other forms of compensation were agreed upon in negotiations, Gossett was then authorized to make the necessary changes in the union's pay system to increase the compensation Gossett properly received in later paychecks.

## COUNTS 1 through 3
## (29 U.S.C. § 501(c))
## [Embezzlement of Labor Organization's Funds]

3. The allegations in ¶¶ 1 and 2 are re-alleged and incorporated by reference into Counts 1 through 3, below, as though fully set forth herein.

4. On or about the dates set forth below, in the State and District of Colorado, the defendant, Mary Grace Gossett, knowingly embezzled, stole, purloined, or converted to her own use, property of Local 26, a federally recognized labor organization; namely, Gossett unlawfully embezzled and converted to her own use monies belonging to Local 26 by improperly: (a) causing extra payroll checks to be issued in her name without authorization; (b) increasing the amount of hours she was paid for without authorization; and (c) increasing her hourly wage rate without authorization, as detailed below.

| Count | Date | Amount | Nature of Unauthorized Overpayment |
|---|---|---|---|
| 1 | 5/1/09 | $941.28 | Extra payroll check |
| 2 | 3/14/11 | $159.52 | Extra hours overpayment |
| 3 | 6/5/12 | $159.60 | Increased hourly wage rate |

5. In total, the defendant, MARY GOSSETT caused herself to be issued approximately 20 extra payroll checks; caused payroll checks to be issued to herself with unauthorized extra working hours 121 times; and caused payroll checks with unauthorized increased hourly rates on 43 separate occasions, for a total loss of $41,662.44, all in violation of Title 29, United States Code, Section 501(c).

JOHN F. WALSH
United States Attorney

By: s/ Patricia Davies
PATRICIA DAVIES
Assistant United States Attorney
U.S. Attorney's Office
1225 17th St., Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
Email: Patricia.Davies@usdoj.gov
Attorney for the United States