# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date: October 9, 2014 |
| Court Reporter:  Tracy Weir | Interpreter: n/a |
| Probation Officer:   Nicole Peterson | |

**CASE NO.   14-cr-00196-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Patricia Davies |
| Plaintiff, | |
| v. | |
| 1.  MARY GRACE GOSSETT, | Laura Menninger |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**
**COURT IN SESSION:**       10:01 p.m.
Appearances of counsel.   Defendant is present and on bond.

Defendant entered her plea on July 17, 2014, to Counts 1 through 3 of the Indictment. The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding Defendant's objection to the Presentence Investigation Report and Defendant's Motion for Below-Guideline Sentence (Doc. 22, filed 9/24/14).

The Government and Defendant's counsel present offers of proof regarding Defendant's Motion for Below-Guideline Sentence.   The Court accepts the offers of proof of both counsel.

The Court makes findings regarding objection to the Presentence Investigation Report and Defendant's Motion for Below-Guideline Sentence.

**ORDERED:**  Defendant's Motion for Below-Guideline Sentence (Doc. 22, filed 9/24/14) is GRANTED as stated on the record.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on matters relating to the appropriate sentence, and provides the Court with letters in support of the defendant.

Defendant addresses the Court regarding sentencing.

Statement by the Court regarding Defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Mary Grace Gossett, is hereby sentenced to probation for a period of **five (5) years** per count, to be served concurrently.

**ORDERED:**  **Conditions** of Supervised Release that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:**  **Special Condition** of Supervised Release that:
- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment in accordance with the Schedule of Payments sheet set forth in the judgment.
- (**X**) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.
- (**X**) As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.
- (**X)** If the defendant has an outstanding financial obligation, the probation office may share any financial or employment documentation relevant to the defendant with the Asset Recovery Division of the United States Attorney's Office to assist in the collection of the obligation.

- (**X**)    The defendant shall document all income or compensation generated or received from any source and shall provide such information to the probation officer as requested.
- (**X**)    The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.
- (**X**)    The defendant shall participate in and complete debt or consumer credit counseling and pay the cost of the counseling, if any, as directed by the probation officer.
- (**X**)    The defendant shall perform 100 hours of community service as directed by the probation officer.
- (**X**)    All employment for the defendant shall be approved in advance by the supervising probation officer.

**ORDERED:** Defendant shall pay a total of **$300** ($100 for each count) to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant shall make **restitution** as follows:
 $4,923.69 to BCTGM International Union AFL-CIO, Local 26
 $36,698.75 to Fidelity Deposit Company of Maryland

The Court finds, pursuant to 18 U.S.C. § 3663A(c)(3)(B), that determining complex issues of fact related to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim is outweighed by the burden on the sentencing process.

Defendant advised of right to appeal.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**Court in recess:**    10:44 a.m.
Hearing concluded.
Total time:                00:23